IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEROY WALLACE,<br><br>    Petitioner,<br><br>    vs.<br><br>JOHN MARSHALL, Warden, et al.,<br><br>    Respondents.<br>_____/ | 1:06-cv-1721 OWW TAG (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED PETITION<br><br>(Doc. 22)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

The original petition for writ of habeas corpus in this action was filed on November 6, 2006. (Doc. 1). On December 26, 2006, Petitioner filed an amended petition. (Doc. 14). On January 18, 2008, the Court issued an order directing Petitioner to file a further amended petition, because the first amended petition was inadequate. (Doc. 20). Petitioner was required to file a further amended petition by February 21, 2008. On February 7, 2008, Petitioner filed a letter request for a thirty-day extension of time to file an amended petition, which the Court construes as a motion for an extension of time to file an amended petition. (Doc. 22).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file an amended petition for writ of habeas corpus is GRANTED, as follows:

///

A. Petitioner shall have thirty (30) days from the date of service of this order in which to file an amended petition.

2. No further extensions of time will be granted absent extraordinary circumstances.

**Petitioner is forewarned that his failure to comply with this order may result in Findings and Recommendations recommending that his petition be dismissed.**

IT IS SO ORDERED.

Dated:   **February 8, 2008**                                           **/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE