1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8   ANTHONY LEROY WALLACE,                    1:06-cv-01721 OWW TAG HC

9            Petitioner,
                                              ORDER GRANTING MOTION FOR
10       vs.                                  EXTENSION OF TIME TO FILE
                                              RESPONSE
11  JOHN MARSHALL, Warden, et al.,
                                              (Doc. 32)
12           Respondents.

13  _____/

14           On July 8, 2008, Respondents filed a motion for an extension of time to file a response to the

15  instant petition for writ of habeas corpus.  (Doc. 32).  The Court has considered Respondents' motion,

16  finds that good cause exists to grant it, and makes the following order thereon:

17           1.  Respondents' motion for an extension of time to file a response is GRANTED;

18           2.  Respondents shall have to and including August 19, 2008,  to file either a motion to dismiss

19  the amended petition for writ of habeas corpus (Doc. 26), or an  answer to such petition.

20

21

22  IT IS SO ORDERED.

23  Dated:   **July 8, 2008**                          _____
                                                            **/s/ Theresa A. Goldner**
24                                                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28