IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEROY WALLACE,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden, et al.,<br><br>　　　　　　　　　Respondents. | 1:06-cv-01721-OWW-TAG (HC)<br><br>ORDER GRANTING RESPONDENTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>(Document #35) |

　　　　GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Motion to Dismiss or Answer be filed on or before September 18, 2008.  This order is made nunc pro tunc to August 18, 2008, the date that Respondent's motion for an extension of time (Doc. 35) was filed.

IT IS SO ORDERED.

Dated:　**August 20, 2008**　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1