IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY LEROY WALLACE,** | 1:06-cv-01721-OWW-TAG HC |
| Petitioner, | |
| v. | **ORDER** |
| **JOHN MARSHALL, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Motion to Dismiss or Answer be filed on or before October 20, 2008.


IT IS SO ORDERED.

Dated:   **September 19, 2008**             **/s/ Theresa A. Goldner**
                                      UNITED STATES MAGISTRATE JUDGE