**FILED**

DEC 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEROY WALLACE, | 1:06-CV-01721-VRW HC |
| Petitioner, | ORDER |
| v | |
| JOHN MARSHALL, Warden | |
| Respondent. | |

_____/

Petitioner Anthony Leroy Wallace is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 USC § 2254. Petitioner has requested additional time to file his traverse to respondent's answer to the petition for writ of habeas corpus and has also requested leave to file a traverse in excess of the page limits and renewed his request for appointment of counsel. Doc ## 45, 46 and 47.

Good cause appearing therefor, it is hereby ordered:

Petitioner's motion to enlarge time to file his traverse is GRANTED. Petitioner's traverse, not to exceed fifty pages, must be filed on or before December 30, 2008. Petitioner's renewed request for appointment of counsel is DENIED.

1          The clerk is directed to terminate the motions at

2  docket numbers 45, 46 and 47 and also the motion at docket

3  number 38, which was previously granted (Doc #40).

4

5          IT IS SO ORDERED.

6

7

8                      VAUGHN R WALKER

9                      United States District Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28