FILED

SEP X 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEROY WALLACE,<br><br>    Petitioner,<br><br>    v<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | NO C-06-01721-VRW<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

The court has denied the petition for a writ of habeas corpus in the above-captioned matter and has issued judgment in favor of respondent. Petitioner has since filed a timely notice of appeal, which this court construes as an application for a certificate of appealability ("COA"). See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997); 28 USC § 2253(c)(3)).

"[A]n appeal may not be taken to the court of appeals from" the denial of a habeas petition unless a certificate of appealability is issued. 28 USC § 2253(c)(1) (2009). A certificate of appealability may be issued "only if the applicant

1  has made a substantial showing of the denial of a constitutional
2  right," id § 2253(c)(2); the certificate "shall indicate which
3  specific issue or issues satisfy [this] showing," id §
4  2254(c)(3).
5         For the reasons stated in the court's prior order
6  denying the petition, petitioner has not made any showing of the
7  denial of any constitutional right, much less the substantial
8  showing required for the issuance of a certificate of
9  appealability.  Accordingly, and good cause appearing therefor,
10 petitioner's application for a certificate of appealability is
11 denied.

13        IT IS SO ORDERED.

                                   _____
                                   Vaughn R Walker
                                   United States District Chief Judge