FILED

SEP 18 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEROY WALLACE,<br><br>           Petitioner,<br><br>     v<br><br>JOHN MARSHALL, Warden,<br><br>           Respondent. | NO C-06-01721-VRW<br><br>ORDER DENYING REQUEST FOR RECONSIDERATION |

The court denied the petition for a writ of habeas corpus in the above-captioned matter and issued judgment in favor of respondent. Petitioner then filed a timely notice of appeal, which this court construed as an application for a certificate of appealability ("COA"). See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997); 28 USC § 2253(c)(3)). Per an order filed September 1, 2009, this court denied petitioner's application for a certificate of appealability, finding that, for the reasons stated in the court's prior order denying the habeas petition, petitioner had not made any showing of the denial of any

constitutional right, much less the substantial showing required for the issuance of a certificate of appealability. See 28 USC § 2253(c)(2).

Petitioner then filed a motion for an enlargement of time to file an application for a certificate of appealability. Because the court had already considered and denied petitioner's application for a certificate of appealability, his motion for an enlargement of time was denied.

Petitioner has since filed a request for reconsideration and vacatur of the court's order denying his certificate of appealability. Petitioner cites no compelling reasons for this court to either reconsider or vacate its earlier order. The court reiterates that it construed petitioner's notice of appeal as a request for a certificate of appealability under the applicable law. See Asrar, 116 F3d at 1270 (9th Cir 1997); 28 USC § 2253(c)(3). In addition, the court notes that it fully considered the underlying record and applicable pleadings in its lengthy and detailed order denying the petition for writ of habeas corpus and before denying the request for a COA.

Accordingly, petitioner's request for reconsideration and/or vacatur is DENIED.

IT IS SO ORDERED.

Vaughn R Walker
United States District Chief Judge